**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-6619

_____

HOWELL W. WOLTZ,

                Plaintiff - Appellant,

       v.

THOMAS SCARANTINO, Camp Administrator; THOMAS CLIFTON, a/k/a Clifton; LAURA TRUMP; UNKNOWN R & D/MAIL CLERK(S); UNITED STATES OF AMERICA; JOHN GRIMES, Counselor; DAVID A. BERKEBILE, Warden of FCI/FCP Beckley; BEVERLY SMITH, Case Manager; OFFICER TREADWAY, Commissary Department of FCI/FCP Beckley; MEDICAL OFFICER WHITE; MICHAEL CUTRIGHT; DEBBIE STEVENS, Supervising Attorney; KEVIN CANTERBERRY, Counselor,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. Irene C. Berger, District Judge. (5:10-cv-00095)

_____

Submitted: August 22, 2012      Decided: August 27, 2012

_____

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Howell W. Woltz, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howell W. Woltz appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Woltz v. Scarantino, No. 5:10-cv-00095 (S.D.W. Va. Mar. 31, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED